IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re GEOFFREY SCOTT BRISBIN and SHERYL LYNN BRISBIN,<br><br>Debtor. | Chapter 7<br><br>Case No. 08-12236-SSC<br><br>Adv. No. 08-ap-937<br><br>(Not for Publication- Electronic Docketing ONLY) |
| OLIVER HOLDINGS, INC., an Arizona Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GEOFFREY SCOTT BRISBIN AND SHERYL LYNN BRISBIN,<br><br>Defendants. | ORDER INCORPORATING MEMORANDUM DECISION DATED JANUARY 19, 2010 |

Based upon this Court's Memorandum Decision dated January 19, 2010, which is incorporated herein by reference:

The Court finds that the Plaintiff has not met its burden of proof under 11 U.S.C. § 523(a)(2)(A). Therefore, the entire debt owed to the Defendants is discharged.

IT IS ORDERED that the Defendants' Cross Motion for Summary Judgment is granted, and the Plaintiff's Motion for Summary Judgment is denied.

1

| | |
|---|---|
| 1 | DATED this 19[h] day January, 2010. |
| 2 | |
| 3 | _Sarah Sharer Curley_ (signature) |
| 4 | |
| 5 | Honorable Sarah Sharer Curley<br>United States Bankruptcy Judge |

2